JULIA PLASKON SIBERRY, APPELLANT, v. NATIONAL SULPHUR COMPANY, RESPONDENT.

Argued February 5, 1937—Decided April 30, 1937.

For the appellant, *John C. Grimshaw.*

For the respondent, *Coult, Satz & Tomlinson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 13.

*For reversal*—None.